UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CASE NO.: 4:21-cv-00174

| | |
|---|---|
| LICKERISH, LTD. AND DIMITRY LOISEAU,<br><br>          Plaintiffs,<br><br>v.<br><br>GLM OMNIMEDIA GROUP, LLC dba WHYTE HOUSE REPORT and DANIEL WHITE III aka DANIEL WHYTE III,<br><br>          Defendants. | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiffs LICKERISH, LTD. AND DIMITRY LOISEAU by and through their undersigned counsel, bring this Complaint against Defendants GLM OMNIMEDIA GROUP, LLC dba WHYTE HOUSE REPORT and DANIEL WHITE III aka DANIEL WHYTE III for damages and injunctive relief, and in support thereof state as follows:

**SUMMARY OF THE ACTION**

1.      Plaintiff LICKERISH, LTD. ("Lickerish") and DIMITRY LOISEAU ("Loiseau") bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Plantiffs' original copyrighted Work of authorship in their Work.

2.      Lickerish is a high quality photographic syndication company that provides images to communication business.  Through its extensive library of pictures of celebrities and models taken by internationally renowned photographers, Lickerish has developed a large worldwide clientele.

3. Loiseau is a celebrated fashion photographer whose work has been seen in fashion publications, advertising campaigns and album covers. Loiseau is originally from New York and now resides in Los Angeles. His French and West Indies roots, as well as his extensive travels, have helped him to be well versed in other areas of photography. He has provided photography for commercial clients, celebrity portraiture and travel destinations. Loiseau's work has been featured in various media outlets that include Entertainment Tonight, Extra TV, Access Hollywood, Huffington Post, Style Network, US Weekly, People Magazine, NY Post and more. Some of the celebrity talent Loiseau has photographed include Paris Hilton, Octavia Spencer, Meghan Markle, Regina King, Sterling K. Brown, Taryn Manning, Bellamy Young, Tia & Tamera Mowry, Carmen Electra, and more.

4. Defendant GLM OMNIMEDIA GROUP, LLC DBA WHYTE HOUSE REPORT ("GLM") is an online Christian news magazine focused on the daily headlines and latest news of national, world, religion, politics, entertainment and sports. At all times relevant herein, GLM operated the internet website located at the URL www.whytehousereport.com (the "Website'). GLM, together with Gospel Light Society have hundreds of Christian news websites, in every country and every major city of the world.

5. Defendant Daniel White III ("White") is, upon information and belief, the owner and registrant of the Website.

6. Defendants GLM and White are collectively referred to herein as "Defendants."

7. Plantiffs allege that Defendants copied Plantiffs' copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in Texas.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12. GLM Omnimedia Group, LLC dba Whyte House Report is a Delaware Limited Liability Company, with its principal place of business at 232 SW Johnson Boulevard, #3657, Burleson, Texas, 76028, and can be served by serving its Registered Agent, The Corporation Company, 251 Little Falls Drive, Wilmington, Delaware, 19808.

13. Daniel White III is an individual residing in Johnson county, state of Texas and can be served at 232 SW Johnson Boulevard, #3657, Burleson, Texas, 76028.

## THE COPYRIGHTED WORK AT ISSUE

14. In 2012, Loiseau created the photograph entitled DL-MMA-16001006, which is shown below and referred to herein as the "Work".



15. Plantiffs registered the Work with the Register of Copyrights on November 3, 2016 and was assigned the registration number VA 2-023-447. The Certificate of Registration is attached hereto as Exhibit 1.

16. Plantiffs' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

17. At all relevant times Plantiffs was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

18. Defendants have never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. On or about August 16, 2019, Plantiffs discovered the unauthorized use of Loiseau's Work on the Website in an article entitled "How Meghan Markle's Ancestor Wisdom Escaped the Shackles of Slavery and Why, If Harry Makes her his Bride, she'll Bring the Most Remarkable Family History of Any Royal In-Law.". The article was published on August 15, 2017.

21. Defendants copied Plantiffs' copyrighted Work without Plantiffs' permission.

22. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their Christian news website.

23. Defendants copied and distributed Plantiffs' copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24. Plantiffs' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

26. Plantiffs never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27. Plantiffs notified Defendants of the allegations set forth herein on July 23, 2020 and August 10, 2020.  To date, Defendants have failed to respond to Plaintiffs' Notices.  Copies of the Notices to Defendants are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

28. Plantiffs incorporate the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29. Plantiffs own a valid copyright in the Work at issue in this case.

30. Plantiffs registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Plantiffs' authorization in violation of 17 U.S.C. § 501.

32. Defendants performed the acts alleged in the course and scope of its business activities.

33. Defendants' acts were willful.

34. Plantiffs have been damaged.

35. The harm caused to Plantiffs has been irreparable.

WHEREFORE, the Plaintiffs Lickerish, Ltd. and Dimitry Loiseau pray for judgment against the Defendants GLM Omnimedia Group, LLC dba Whyte House Report and Daniel White III that:

    a.    Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    Defendants be required to pay Plaintiffs their actual damages and Defendants' profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

    c.    Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Plaintiffs be awarded pre and post-judgment interest; and

    e.    Plaintiffs be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

DATED: February 22, 2021        Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Lickerish, Ltd. and Dimitry Loiseau*